UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTOINE WOODS (D-2), and
AUSTIN WOODS (D-3),

    Defendants.

_____/

Case No. 17-20022

Honorable Nancy G. Edmunds

**ORDER DENYING DEFENDANTS' MOTIONS [183, 184]**

The matter comes before the Court on two of Defendants' pre-trial motions: (1) Defendant Austin Woods' motion for a written proffer and hearing on admissibility of co-conspirators' statements under Federal Rule of Evidence 801(d)(2)(E) (dkt. 183) and (2) Defendants Antoine Woods' and Austin Woods' combined motion to preclude the government use of rap movie videos, lyrics, and other social media evidence (dkt. 184). The government filed responses to both motions, (dkts. 196, 197), and Defendants filed a reply regarding the second motion, (dkt. 198).

The Court held a hearing on these motions on May 20, 2019.  For the reasons stated on the record, both motions are DENIED.  The government will alert the Court prior to any introduction of the song lyrics.

    SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: May 20, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 20, 2019, by electronic and/or ordinary mail.

s/Lisa Bartlett<br>
Case Manager

Case 2:17-cr-20022-NGE-APP   ECF No. 199, PageID.1285   Filed 05/20/19   Page 2 of 2